UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 30331
   ROSIE BONNER
                                 CHAPTER 13

                                 JUDGE: JACK B SCHMETTERER

       Debtor
  SSN XXX-XX-7008

------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 08/16/2004 and was confirmed 11/10/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 02/07/2008.
------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ABN AMRO MORTGAGE GROUP | CURRENT MORTG | .00 | .00 | .00 |
| ABN AMRO MORTGAGE GROUP | MORTGAGE ARRE | 19430.17 | .00 | 19430.17 |
| ARONSON FURNITURE | SECURED | 500.00 | .00 | 500.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 123.17 | .00 | 123.17 |
| ROBERT J ADAMS & ASSOC | PRIORITY | NOT FILED | .00 | .00 |
| JAROS TITTLE & OTOOLE | UNSECURED | .00 | .00 | .00 |
| UNITED STUDENT AID FUNDS | UNSECURED | 4042.97 | .00 | 4042.97 |
| INTERNAL REVENUE SERVICE | UNSECURED | 177.43 | .00 | 177.43 |
| ROBERT J ADAMS & ASSOC | REIMBURSEMENT | 210.00 | .00 | 210.00 |
| ROBERT J ADAMS & ASSOC | DEBTOR ATTY | 2,200.00 | | 2,200.00 |
| TOM VAUGHN | TRUSTEE | | | 1,524.89 |
| DEBTOR REFUND | REFUND | | | 61.37 |

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 28,270.00 | |
| | | |
| PRIORITY | | 333.17 |
| SECURED | | 19,930.17 |
| UNSECURED | | 4,220.40 |
| ADMINISTRATIVE | | 2,200.00 |
| TRUSTEE COMPENSATION | | 1,524.89 |
| DEBTOR REFUND | | 61.37 |
| TOTALS | 28,270.00 | 28,270.00 |

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 05/28/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE


                            PAGE   2
        CASE NO. 04 B 30331 ROSIE BONNER